IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. **08-30055-GPM/CJP** |
| ) | |
| **ERRICA V. KING**, ) | |
| ) | |
| Defendant. ) | |

## ORDER AMENDING CONDITIONS of RELEASE

**PROUD, Magistrate Judge:**

At the suggestion of the U.S. Probation Office, the court hereby amends the conditions of pre-trial release for the above defendant as follows:

1. The condition that defendant participate in a home confinement program including electronic monitoring and curfew (paragraph 7(t) of the order setting conditions of release) is **REMOVED**.

2. The travel restrictions set forth in paragraph 7(i) are **EXPANDED** to include travel to the Eastern District of Missouri, as defense counsel maintains his office in that District.

**IT IS SO ORDERED.**

DATE: April 16, 2008.

                                                                    s/ **Clifford J. Proud**
                                                                    **CLIFFORD J. PROUD**
                                                                    **UNITED STATES MAGISTRATE JUDGE**